UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 20-cr-293-04 |
| VERSUS | JUDGE FOOTE |
| BILLY BRYAN FEROBEN (04) | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Defendant's Motion to Suppress (Doc. 141) is denied.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the __29th__ day of __June__, 2021.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE